IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**KECIA E. PORTERFIELD**                                                              **PLAINTIFF**

v.                              **CASE NO. 4:18-CV-00878-BSM**

**SOCIAL SECURITY ADMINISTRATION**                              **DEFENDANT**

## ORDER

After reviewing the entire record *de novo,* including Kecia Porterfield's objections, United States Magistrate Judge Joe J. Volpe's recommended disposition [Doc. No. 18] is adopted. The Commissioner's decision is therefore affirmed and the complaint [Doc. No. 3] is dismissed with prejudice.

IT IS SO ORDERED this 29th day of January, 2020.

_____
UNITED STATES DISTRICT JUDGE